H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
   E-Mail: Sunny.Jeong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Bank of America, N.A., | CASE NO. 2:16-cv-00381-JCM-VCF |
|      Plaintiff, | |
|   vs. | ~~EX PARTE~~ **MOTION TO WITHDRAW AND REMOVE COUNSEL FROM SERVICE LIST** |
| Sunrise Ridge Master Homeowners Association, et al., | |
|      Defendants. | |

     H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix. While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Travata and Montage at Sunrise Ridge Master Homeowners Association ("Defendant") in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4849-5210-3733.1

Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no further need to receive CM/ECF notifications in this case.  Because LNCSG still represents Defendant, no parties are prejudiced by this withdrawal.

DATED this 3rd day of August, 2016

                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By      /s/ H. Sunny Jeong
                                           H. SUNNY JEONG, ESQ.
                                           Nevada Bar No. 12981
                                           6385 S. Rainbow Boulevard, Suite 600
                                           Las Vegas, Nevada 89118
                                           Tel. 702.893.3383

IT IS SO ORDERED.

Dated this ____4th____ day of August, 2016

_____
U.S. MAGISTRATE JUDGE

4849-5210-3733.1

2