MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
ALLISON R. SCHMIDT, ESQ.
Nevada Bar No. 10743
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: allison.schmidt@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MEADOW FOXTAIL DRIVE TRUST; PARADISE HARBOR PLACE TRUST; and SATICOY BAY, LLC, SERIES 3984 MEADOW FOXTAIL DRIVE,<br><br>Defendants. | Case No.:   2:16-cv-00381-JCM-VCF<br><br>**STIPULATION AND ORDER FOR PLAINTIFF BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| SATICOY BAY, LLC, SERIES 3984 MEADOW FOXTAIL DRIVE,<br><br>Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

{40055569;1}                                 1

Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendants Meadow Foxtail Drive Trust (**Meadow Trust**), Paradise Harbor Place Trust (**Paradise Trust**), Saticoy Bay LLC Series 3984 Meadow Foxtail Drive's (**Saticoy Bay**), and Travata and Montage at Summerlin Centre (**Travata and Montage**) (collectively **defendants**) hereby stipulate and agree to the following:

1.   BANA filed its motion for summary judgment on October 13, 2016.  ECF No. 36. Defendants Meadow Trust, Paradise Trust, and Saticoy Bay filed their opposition to BANA's motion on November 8, 2016 (ECF No. 41) and Travata and Montage filed theirs on November 7, 2016. ECF No. 40.

2.   BANA's current reply deadline is November 25, 2016.  The parties hereby stipulate and agree to extend BANA's time to file its reply until and including December 9, 2016.  The parties submit this request in good faith without the purpose of undue delay.

DATED this 18th day of November, 2016

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | AKERMAN LLP |
|---|---|
| */s/ William Ebert* <br> J. William Ebert, Esq. <br> Nevada Bar No. 2697 <br> Megan H. Hummel, Esq. <br> Nevada Bar No. 12404 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 <br> Telephone:   (702) 382-1512 <br> *Attorneys for Defendant Sunrise Ridge Master Homeowners Association* | */s/ Allison R. Schmidt* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> ALLISON R. SCHMIDT, ESQ. <br> Nevada Bar No. 107431160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> Telephone:   (702) 634-5000 <br> *Attorneys for Plaintiff* |
| **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD** <br><br> */s/ Michael F. Bohn* <br> Michael F,. Bohn, Esq. <br> Nevada Bar No. 1641 <br> 376 E. Warm Springs Rd., Suite 140 <br> Las Vegas, Nevada 89119 <br> Telephone: (702) 570-6000 <br> *Attorneys for Defendants Meadow Foxtail Drive Trust, Paradise Harbor Place Trust, and Saticoy Bay, LLC Series 3984 Meadow Foxtail Drive* | |

{40055569;1}   2

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2016

{40055569;1}                    3