MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MEADOW FOXTAIL DRIVE TRUST; PARADISE HARBOR PLACE TRUST; and SATICOY BAY, LLC, SERIES 3984 MEADOW FOXTAIL DRIVE,<br><br>Defendants. | Case No.:     2:16-cv-00381-JCM-VCF<br><br>**NOTICE OF DISASSOCIATION** |
| SATICOY BAY, LLC, SERIES 3984 MEADOW FOXTAIL DRIVE,<br><br>Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Counterdefendant. | |

{40415704;1}                                         1

Bank of America, N.A. (**BANA**) hereby provides notice Allison Schmidt., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests MELANIE D. MORGAN, ESQ., and THERA A. COOPER, ESQ., receive all future notices.

Respectfully submitted, this 24th day of January, 2017.

**AKERMAN LLP**

/s/ *Thera A. Cooper, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintff*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: 1-24-2017

_____
UNITED STATES MAGISTRATE JUDGE

{40415704;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of January, 2017, service of the foregoing **NOTICE OF DISASSOCIATION** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

| | |
|---|---|
| **NEVADA ASSOCIATION SERVICES, INC.**<br>Christopher V. Yergensen, Esq.<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, Nevada 89146<br>*Attorneys for Defendant Nevada Association Services, Inc.* | DIANA CLINE EBRON<br>JACQUELINE A. GILBERT<br>KAREN L. HANKS<br>**KIM GILBERT EBRON**<br>7625 DEAN MARTIN DRIVE, SUITE 110<br>LAS VEGAS, NV 89139<br>*Attorneys for SFR Investments Pool I, LLC* |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br>**Hyungseon S. Jeong,** Esq.<br>**Megan H Hummel, Esq.**<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Defendant Sunrise Ridge Master Homeowners Association* | MICHAEL F. BOHN<br>LAW OFFICE OF MICHAEL F. BOHN<br>376 EAST WARM SPRINGS RD., STE. #140<br>LAS VEGAS, NV 89119<br>*Attorneys for Defendant Fotxtail Drive Trust* |

/s/ Renee Livingston
An Employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572